| | AUSA: | Timothy McDonald | Telephone: | (313) 226-0221 |
|---|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | Jeff Plooy | Telephone: | (734) 807-2109 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Alex SALAZAR ALEMAN

Case: 2:26−mj−30276
Assigned To : Unassigned
Assign. Date : 5/13/2026
Description: CMP USA v Salazar
Aleman (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 12, 2026 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeff Plooy, Supervisory Border Patrol Agent - HSI Detroit
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___ May 13, 2026 ___

City and state: ___ Detroit, MI ___

_____
*Judge's signature*

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jeff Plooy, declare the following under penalty of perjury:

1.    I am a Supervisory Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Homeland Security Investigations Special Agents and record checks of law enforcement databases. I have also reviewed the immigration file and system automated data relating to Alex SALAZAR Aleman. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and arrest warrant for Alex SALAZAR Aleman, for a violation of 8 U.S.C. § 1326 (a), Unlawful Re-Entry Following Removal. I have not included every fact known to law enforcement related to this investigation.

2.    On May 12, 2026, at approximately 12:00 p.m., Agents assigned to the Homeland Security Task Force (HSTF), received information regarding the arrest of a subject by the Detroit Police Department (DPD) on May 9, 2026.

3.    On May 9, 2026, DPD Officers reported to 4291 Monterrey Street in Detroit, Michigan on a report of a stabbing. When Officers reached the address, they heard a female screaming inside a Kia Sorrento. When they opened the door they saw a female in the front passenger seat covered in blood and observed stab wounds on her body. Officers additionally observed a male in the front drivers seat who was not responding to questions or commands by Officers.

4.    Officers asked the female victim who did this to her, to which she pointed to the male in the driver's seat. Officers extracted the subject (later identified as Alex Oswaldo SALAZAR Aleman) out of the vehicle and detained him while investigating the area and providing initial care to the female victim.

5.    Officers on scene observed a blood trail that started in the residence and lead to the car. In addition, DPD Officers questioned witnesses on scene who stated they saw SALAZAR Aleman carry the female victim from their residence to the car.

1

6.      After obtaining ambulatory transport, receiving statements on scene, and securing all evidence, DPD Officers placed SALAZAR Aleman under arrest. SALAZAR was subsequently charged by the Wayne County Prosecuting Attorney with assault with a dangerous weapon, assault with the intent to murder, and assault with the intent to commit great bodily harm less than murder, all felony offenses in the State of Michigan.

7.      When Alex SALAZAR Aleman's biometric information was taken during his booking, an alert was sent to Department of Homeland Security databases of possible adverse immigration history.

8.      Department of Homeland Security Agents confirmed with officials about the arrest of Alex SALAZAR Aleman and ran record checks to confirm the immigration history of SALAZAR Aleman from the information provided. The results revealed that SALAZAR ALEMAN is a citizen of Honduras, with no record of legally re-entering the United States.

9.      On September 22, 2018, SALAZAR ALEMAN was arrested in Laredo, TX by Border Patrol Agents and processed an Expedited Removal.  On September 26, 2018, SALAZAR ALEMAN received a final order of removal by designated official and subsequently removed through Harlingen, Texas.

10.     On March 18, 2019, SALAZAR Aleman was arrested by Border Patrol Agents illegally crossing the border near Imperial Beach, California. SALAZAR Aleman was processed for removal proceedings and was released.

11.     On March 4, 2020, SALAZAR was arrested by Border Patrol Agents in Shelby Township, Michigan for failing to follow his conditions of release from the Immigration and Customs Enforcement Agency. SALAZAR Aleman was removed from the United States through Alexandria, LA on March 27, 2020.

12.     Review of the Alien File (A# 201 342 039) for Alex SALAZAR Aleman and queries in U.S. Department of Homeland Security databases confirm no record exists of SALAZAR Aleman obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States after his removal from the United States on March 27, 2020.

13.     Based on the above information, I believe there is probable cause to conclude that Alex SALAZAR Aleman is a native and citizen of Honduras,  who was previously removed from the United States and was thereafter found in the United States, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Jeff Plooy, Supervisory Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge
May 13, 2026

3